Luis SANCHEZ–BAUTISTA, Petitioner,

v.

Eric H. HOLDER, Jr., Attorney
General, Respondent.

No. 09–73048.

United States Court of Appeals,
Ninth Circuit.

Submitted May 24, 2011.*

Filed June 6, 2011.

Thomas J. Tarigo, Esquire, Law Offices
of Thomas J. Tarigo, Los Angeles, CA, for
Petitioner.

Chief Counsel Ice, Office of the Chief
Counsel, Department of Homeland Securi-
ty, San Francisco, CA, Jessica Segall, U.S.
Department of Justice, Civil Division/Of-
fice of Immigration Litigation, Washing-
ton, DC, for Respondent.

Before: PREGERSON, THOMAS, and
PAEZ, Circuit Judges.

MEMORANDUM **

Luis Sanchez–Bautista, a native and citi-
zen of Mexico, petitions for review of the
Board of Immigration Appeals' ("BIA") or-
der denying his motion to reopen removal
proceedings. We have jurisdiction under 8
U.S.C. § 1252. We review for abuse of
discretion the denial of a motion to reopen.
*Iturribarria v. INS,* 321 F.3d 889, 894 (9th

Cir.2003). We deny in part and grant in
part the petition for review, and remand
for further proceedings.

The BIA did not abuse its discretion in
denying Sanchez–Bautista's motion to re-
open as untimely where the motion was
filed more than two years after the BIA's
final order of removal, *see* 8 C.F.R.
§ 1003.2(c)(2), and Sanchez–Bautista did
not show he was entitled to equitable toll-
ing, *see Iturribarria,* 321 F.3d at 897.

Because the BIA failed to address San-
chez–Bautista's request to reopen his pro-
ceedings sua sponte, we remand for the
BIA to consider Sanchez–Bautista's re-
quest in the first instance. *See Montes–
Lopez v. Gonzales,* 486 F.3d 1163, 1165
(9th Cir.2007).

Each party shall bear its own costs for
this petition for review.

PETITION FOR REVIEW DENIED
in part; GRANTED in part; REMAND-
ED.

---

* The panel unanimously concludes this case is
  suitable for decision without oral argument.
  *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
   cation and is not precedent except as provid-
   ed by 9th Cir. R. 36–3.